1   STEVEN G. KALAR
    Federal Public Defender
2   NED SMOCK
    Assistant Federal Public Defender
3   1301 Clay Street, Suite 1350N
    Oakland, CA 94612
4   Telephone:  (510) 637-3500
    Fax: (510) 637-3507
5   Email: ned_smock@fd.org

6   Counsel for Defendant
    ANTOINE FORD
7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,          CR 15-00585 PJH

12              Plaintiff,             Application and [Proposed] Order
                                       Releasing Defendant From Marshal
        v.                             Custody
13
    ANTOINE FORD,
14
                Defendant.
15

16          On April 17, 2018 this Court signed an Order Modifying the Conditions or Term of

17  Supervision with Consent of the Offender [Docket No. 26].  The Court ordered that Mr. Ford shall

18  reside for a period of up to four months in a Residential Reentry Center to commence at the

19  direction of the United States Probation Officer.  The United States Probation Officer subsequently

20  submitted paperwork to arrange for Mr. Ford to be committed to the Residential Reentry Center in

21  Oakland.  The Residential Reentry Center has informed United States Probation that there is now

22  bed space for Mr. Ford.  The assigned United States Probation Officer asked the undersigned to

23  submit a proposed release order to the Court asking that Mr. Ford be released the morning of April

24  27, 2018.

25

1        Accordingly, the defense requests that the Court sign the attached release order.

2   DATED: April 26, 2018                        /S/
                                          _____
3                                         NED SMOCK
                                          Assistant Federal Public Defender
                                          Counsel for ANTOINE FORD

1

2

3                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
4

5    UNITED STATES OF AMERICA,              CR 15-00585 PJH

6                      PLAINTIFF,           [PROPOSED] RELEASE ORDER
            v.
7
     ANTOINE FORD,
8
                      DEFENDANT.
9

10

11          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that ANTOINE FORD be

12   released from the custody of the United States Marshal on this matter on the morning of April 27,

13   2018.

            Mr. Ford shall report directly to the GEO Care Facility at 205 Macarthur Blvd. in Oakland
14
     and shall observe the rules of that facility.  Mr. Ford is ordered to appear before Judge Hamilton
15
     on September 5, 2018 at 2:30 p.m. for status.
16
            IT IS SO ORDERED.
17

18

19   DATED: _____        _____
                                         HON. PHYLLIS J. HAMILTON
20                                       CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25